IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2010 OCT -6  PM 2: 07
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| JEFFREY SMITH § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. |
| § | 1:10-CV-00202-LY |
| TRANS UNION, L.L.C; and § | |
| SANTANDER CONSUMER USA, INC. § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Jeffrey Smith has announced to the Court that all matters in controversy against Trans Union have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Jeffrey Smith against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 6th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

3176705.1/SP/83057/1014/091010