IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEFFREY SMITH, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-10-CA-202-LY |
| | § | |
| SANTANDER CONSUMER USA, INC., | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

On August 1, 2011, the Court called the above-styled and numbered cause for trial. After the parties announced ready for trial, the Court empaneled a jury of eight legally qualified jurors, who heard the evidence and arguments of counsel. After the Court read the Jury Charge and the jury questions in the Jury Verdict Form to the jury in open court, the case was submitted to the jury on August 3, 2011. The jury returned a verdict on that same date, which was received by the Court and entered into the record. On August 12, 2011, Defendant Santander Consumer USA, Inc. filed a Motion for Judgment as a Matter of Law, which this Court denied by separate order. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Jeffrey Smith shall recover from Defendant Santander Consumer USA, Inc. damages in the amount of **$20,437.50**.

**IT IS FURTHER ORDERED** that Plaintiff Jeffrey Smith shall recover postjudgment interest on the total amount awarded above at the rate of **0.12%** per annum from the date of this Final Judgment until paid, plus costs of court.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED** except for any timely filed request for attorney's fees. *See* W.D. Tex. Loc. R. CV-7(i).

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this 29th day of November, 2011.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE