IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JEFFREY SMITH** | § | |
| | § | |
| **Plaintiff** | § | Civil Action No. 1:10-cv-00202-LY |
| | § | |
| v. | § | |
| | § | |
| **TRANS UNION, L.L.C.; and** | § | |
| **SANTANDER CONSUMER USA, INC.** | § | **Demand for Jury Trial** |
| | § | |
| **Defendants** | § | |

## SATISFACTION OF JUDGMENT

WHEREAS, Final Judgment rendered in this proceeding was entered in the above action on November 29, 2011 in favor of Plaintiff Jeffrey Smith and against Defendant Santander Consumer USA, Inc. the following sums:

- $20,437.50 plus post judgment interest on the total amount awarded at the rate of .12% per annum from the date of the Final Judgment until paid plus costs of court.

AND WHEREAS, the United States Court of Appeals for the Fifth Circuit affirmed the final judgment;

Plaintiff Jeffrey Smith does hereby acknowledge that the final judgment, together with all applicable prejudgment and post-judgment interest, trial and appellate attorneys' fees, costs, and all other sums awarded thereunder, has been fully paid, satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall, and

The Clerk of Court is hereby authorized by Jeffrey Smith, by and through undersigned counsel to mark the judgment satisfied in this matter as to the monetary amount due thereunder from Santander Consumer USA, Inc. and to otherwise cancel and discharge the Judgment as to any monetary amount due thereunder. Furthermore, Defendant Santander Consumer USA, Inc.

1

as principal, and Travelers Casualty and Surety Company, as surety, are released from any and all obligations pertaining to the superseadeas bond filed on May 14, 2012.

_____, Texas, this the \_\_\_\_ day of _____, 2013.

Respectfully submitted:

By:  /s/ Dennis McCarty
**DENNIS MCCARTY**
Mississippi Bar No. 102733
dennismccarty@gmail.com

P.O. Box 54172
Hurst, TX  76054
(713) 201-5125
(817) 887-5069 Fax

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of March 2013, a true and correct copy of the foregoing Satisfaction of Judgment was forwarded via ECF to the following counsel of record:

Brent W. Martinelli
901 Main Street, Suite 5200
Dallas, Texas 75202

/s/ Dennis McCarty
**DENNIS MCCARTY**